**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

      Lawrence E Jordan
      Sheila R Nourse Jordan
          Debtor(s)

Case No. 11 B 46983

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

      Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)  The case was filed on <u>11/19/2011</u>.

    2)  The plan was confirmed on <u>02/02/2012</u>.

    3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

    4)  The trustee filed action to remedy default by the debtor in performance under the plan on <u>05/24/2012, 07/11/2012</u>.

    5)  The case was Dismissed on <u>07/19/2012</u>.

    6)  Number of months from filing to last payment: <u>8</u>.

    7)  Number of months case was pending: <u>16</u>.

    8)  Total value of assets abandoned by court order: <u>NA</u>.

    9)  Total value of assets exempted: <u>NA</u>.

    10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,667.33 |
| Less amount refunded to debtor | $392.31 |
| **NET RECEIPTS:** | **$9,275.02** |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,321.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $472.77 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,793.77** |

Attorney fees paid and disclosed by debtor:        $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A/R Concepts Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| A/R Concepts Inc | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ABC Credit Corp | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 2,500.00 | 3,048.23 | 3,048.23 | 0.00 | 0.00 |
| Arnold Harris/Med Business Bureau | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,000.00 | 1,387.50 | 1,387.50 | 0.00 | 0.00 |
| Collection Bureau Of America | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 841.84 | 686.86 | 686.86 | 0.00 | 0.00 |
| Consumer Financial Services | Secured | 9,630.34 | 9,630.34 | 9,630.34 | 259.37 | 140.67 |
| Devon Financial Services Inc | Unsecured | 800.00 | 807.00 | 807.00 | 0.00 | 0.00 |
| DJR Group LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Forest Park Loan Company | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Forest Park Loan Company | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| GMAC Mortgage Corporation | Secured | 139,170.00 | 15,645.16 | 16,322.58 | 3,374.00 | 0.00 |
| GMAC Mortgage Corporation | Secured | 139,170.00 | 115,308.96 | 115,308.96 | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| Healthcare Recovery So | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| Home Comings Financial | Unsecured | 9,541.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank Nevada NA | Unsecured | 284.00 | 217.35 | 217.35 | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 3,000.00 | 2,890.71 | 2,890.71 | 0.00 | 0.00 |
| Illinois Dept Of Healthcare And Family | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 795.11 | 254.46 | 254.46 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 992.75 | 992.75 | 0.00 | 0.00 |
| Illinois Institute Of Technology | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois State Tollway | Unsecured | 63.10 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 3,266.91 | 3,293.95 | 3,293.95 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 10,402.71 | 8,060.64 | 8,060.64 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | 548.90 | NA | NA | 0.00 | 0.00 |
| Kohls/Capone | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 910.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Cash | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 4,352.00 | 4,397.34 | 4,397.34 | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 3,489.10 | 4,437.30 | 4,437.30 | 0.00 | 0.00 |
| Payday One | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank NA | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 434.00 | 434.17 | 434.17 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 327.00 | 327.02 | 327.02 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 433.00 | 477.82 | 477.82 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 254.00 | 254.06 | 254.06 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 67,277.00 | 70,727.07 | 70,727.07 | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 16,198.70 | 7,465.54 | 7,465.54 | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 16,198.70 | 19,190.54 | 11,725.00 | 1,337.84 | 315.36 |
| Student Loan Trust | Unsecured | 21,225.00 | NA | NA | 0.00 | 0.00 |
| Total Recovery Service | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 149,290.00 | 190,729.81 | 190,729.81 | 0.00 | 0.00 |
| US Bank | Unsecured | 3,301.00 | 3,209.05 | 3,209.05 | 0.00 | 0.00 |
| US Bank | Unsecured | 550.00 | 550.00 | 550.00 | 0.00 | 0.00 |
| Village of Broadview | Secured | 500.00 | 500.00 | 500.00 | 54.01 | 0.00 |
| Village of Broadview | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| Village of Forest Park | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Village of Melrose Park | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Oak Park | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| West Suburban Hospital | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $115,308.96 | $0.00 | $0.00 |
| Mortgage Arrearage | $16,322.58 | $3,374.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $21,855.34 | $1,651.22 | $456.03 |
| **TOTAL SECURED:** | **$153,486.88** | **$5,025.22** | **$456.03** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,315.10 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$8,315.10** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$296,333.53** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,793.77 |
| Disbursements to Creditors | $5,481.25 |
| **TOTAL DISBURSEMENTS** : | **$9,275.02** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/12/2013                        By: /s/ Marilyn O. Marshall

                                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**